(No. 734—Claimant awarded $1,214.75.)

Natures Rival Company, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed May 1, 1925.*

Franchise tax—*when refund will be awarded.* This case is controlled by the decision of the court in the case of *Herenden Milling Co.* v. *State, supra.*

Moran, Paltzer & O'Donnell, *for claimant.*

Oscar E. Carlstrom, Attorney General; Edward C. Fitch, Assistant Attorney General, for respondent.

Mr. Justice Leech delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by

above named claimant, in the years 1921 and 1922, total excess paid by claimant amounting to $1,214.75.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $1,214.75.